IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RONALD COATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-0843-CV-W-ODS |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES

Plaintiff requested an award of fees pursuant to the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, in the amount of $7,924.65, representing 41.85 hours of attorney work. Doc. #25. However, after the Motion was filed, the parties agreed to an award of $7,500.00 instead. Doc. #26; Doc. #27. The Court awards Plaintiff $7,500.00 in attorney fees to be paid by the Social Security Administration.

Plaintiff's award is subject to federal administrative offset for Plaintiff's outstanding federal debts, if any. *See Astrue v. Ratliff*, 130 S. Ct. 2521, 2527 (2010). In light of Plaintiff's assignment of any award to his attorney, the net award should be made payable to Plaintiff's counsel.

IT IS SO ORDERED.

DATE: November 16, 2015

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT